UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY RANDALL POWELL, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:06-CV-1960-O ECF |
| THE DALLAS MORNING NEWS LP, et al., | § § § § | |
| Defendants. | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. *See* Doc. # 154. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants' Motion to Dismiss Second Amended Complaint (Doc. # 134) is hereby **GRANTED in part** and **DENIED in part**.

**SO ORDERED** this 11th day of **March, 2009.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**